**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 15-7769**

───────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

KENDRICK HESTER, a/k/a Anthony Bernard Whitaker,

             Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:09-cr-00434-REP-2)

───────────────

Submitted: March 17, 2016          Decided: March 22, 2016

───────────────

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kendrick Hester, Appellant Pro Se. David Thomas Maguire, Assistant United States Attorney, Richmond, Virginia; Shannon Y. Dion, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Hester appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hester</u>, No. 3:09-cr-00434-REP-2 (E.D. Va. Oct. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>